**No. 10-7496. John Edward Cowles, Petitioner v. Iowa Department of Corrections.**

562 U.S. 1185, 131 S. Ct. 1038, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 711.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7507. Michael Swain, Petitioner v. Florida.**

562 U.S. 1185, 131 S. Ct. 1010, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 787.

January 18, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 43 So. 3d 60.

**No. 10-7513. Joseph Anthony, Petitioner v. Burl Cain, Warden.**

562 U.S. 1185, 131 S. Ct. 1010, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 908.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7518. Raymond Larry Carrasco, Petitioner v. Scott Kernan, Warden.**

562 U.S. 1185, 131 S. Ct. 1010, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 778.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 396 Fed. Appx. 362.

**No. 10-7519. Stephanie Roberson, Petitioner v. Mississippi Insurance Guaranty Association.**

562 U.S. 1185, 131 S. Ct. 1011, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 715,

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-7527. Eric Demond Holcomb, Petitioner v. United States.**

562 U.S. 1185, 131 S. Ct. 1011, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 870.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 390 Fed. Appx. 117.

**No. 10-7529. Marcus L. Turner, Petitioner v. North Carolina.**

562 U.S. 1186, 131 S. Ct. 1011, 178 L. Ed. 2d 839, 2011 U.S. LEXIS 828.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 201 N.C. App. 727, 689 S.E.2d 601.